JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| MISSION PRODUCE, INC.; MOUNTAIN HIGH POTATO & ONION, INC.; ADAM BROS. PRODUCE SALES, INC.; C.H. BELT & ASSOCIATES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>DA VINCI CARRIERS INC.; JOHN H. THOMPSON,<br><br>Defendants. | Case No. SACV 15-1536 AG (JCGx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Plaintiffs and against Defendants for the sum of $164,645.67 and post-judgment interest.

Dated: July 25, 2016

_____
Hon. Andrew J. Guilford
United States District Judge